# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATLIN SPECIALTY INSURANCE CO.,** | : | |
| *Plaintiff/Counterdefendant*, | : | **CIVIL ACTION** |
| v. | : | |
| **J.J. WHITE, INC.,** | : | No. 14-1255 |
| *Defendant/Counterplaintiff*, | : | |
| **SUNOCO, INC., et al.,** | : | |
| *Counterplaintiffs*. | : | |

## ORDER

**AND NOW,** this 26th day of June, 2019, upon consideration of the "Motion for Clarification, or Alternatively, Reconsideration" filed by Defendant/Counterplaintiff J.J. White, Inc. and Counterplaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M) (Doc. No. 117), the Response and Reply thereto, following oral argument and supplemental briefing on the Motion, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- The "Motion for Clarification, or Alternatively, Reconsideration" filed by Defendant/Counterplaintiff J.J. White, Inc. and Counterplaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M) (Doc. No. 117) is **GRANTED.**

- The Court's February 27, 2018, Memorandum Opinion (Doc. No. 114) is hereby **AMENDED** as follows: On page 29, the following language is stricken: "—*i.e.*, that Gans' leukemia was caused by exposures to BTEX occurring on or after the retroactive date."

- The February 27, 2018, Memorandum Opinion is further **AMENDED** to incorporate the Memorandum Opinion accompanying this Order.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
_____
**MITCHELL S. GOLDBERG, J.**