IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATLIN SPECIALTY INSURANCE CO.,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff/Counterdefendant, | : | |
| v. | : | |
| | : | |
| **J.J. WHITE, INC.,** | : | No. 14-1255 |
| | : | |
| Defendant/Counterplaintiff, | : | |
| | : | |
| **SUNOCO, INC., et al.,** | : | |
| | : | |
| Counterplaintiffs. | : | |

## ORDER

**AND NOW**, this 3rd day of April, 2020, following the telephone conference held on April 2, 2020, it is hereby **ORDERED** that, **within fourteen days of the date of this Order**, the parties shall file a joint letter (1) proposing two, two-week periods in the month of October and/or November for trial; (2) identifying any remaining discovery; and, (3) if desired by the parties, requesting a mediation before trial.

BY THE COURT:


 /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**