**BLACK & GERNGROSS** PC

ATTORNEYS AT LAW

JAMES J. BLACK, III
FREDERICK J. GERNGROSS
JEFFREY B. MICELI
ALFRED RAUCH, III
MARK W. DRASNIN*

CLAUDIA PENTONY BLACK*
*OF COUNSEL*

Members of PA & NJ Bar
*Members of PA Bar only

April 17, 2020

Hon. Mitchell S. Goldberg
U.S. Courthouse
601 Market Street
Room 7614
Philadelphia, PA 19106

   Re: *Catlin Specialty Insurance Co. v. J.J. White, Inc., Sunoco, Inc., and Sunoco, Inc. (R&M),* **14-cv-01255-MSG**

Dear Judge Goldberg:

Pursuant to your Order of April 3, 2020 in the above matter, the parties write this joint letter to provide the information requested by that Order.

### Trial Dates

The parties propose the periods of October 5-15, 2020 or November 2-13, 2020.

### Remaining Discovery

The only remaining discovery is the depositions (and updates of expert disclosures) of each party's expert witnesses. The expert for Catlin is Dr. Harrison in San Francisco, California. The experts for the Sunoco and JJ White are Dr. Rubin in Philadelphia, Pennsylvania and Dr. Natelson in Houston, Texas.

The deadline for expert discovery is July 20, 2020.

### Mediation

Both parties believe that a mediation either before a private mediator or Magistrate Judge Rice would be fruitful after the completion of the deposition of experts, and thus request a mediation before trial. The parties are currently conferring regarding a mediator and will further advise the Court if and when they have reached agreement.

1617 JOHN F. KENNEDY BLVD. • SUITE 1575 • PHILADELPHIA, PA 19103 • Telephone (215) 636-1650 • Fax (215) 636-0268
• CHERRY HILL, NJ •  • PHILADELPHIA, PA •  • BRYN MAWR, PA •
www.blackgern.com

Hon. Mitchell S. Goldberg
April 17, 2020
Page 2

    Should the Court need any additional information, the parties are available for a conference call with the Court and to respond to any questions or concerns the Court may have.

Very truly yours,

| /s/ Lauren R. Mendolera | /s/ Mark W. Drasnin |
|---|---|
| Patrick M. Tomovic | James J. Black, III |
| Lauren R. Mendolera | Jeffrey B. Miceli |
|  | Mark W. Drasnin |

**Harter Secrest & Emery LLP**
*Lead Attorneys for Plaintiff/
Counterdefendant Catlin Specialty
Insurance Company*

**Black & Gerngross, P.C.**
*Attorneys for Defendant/Counterplaintiff,
J.J. White, Inc. and Counterplaintiffs,
Sunoco, Inc. and Sunoco, Inc.* (R&M)