**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CATLIN SPECIALTY INSURANCE CO.,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff/Counterdefendant,** | : | |
| v. | : | |
| | : | |
| **J.J. WHITE, INC.,** | : | **No. 14-1255** |
| | : | |
| **Defendant/Counterplaintiff,** | : | |
| | : | |
| **SUNOCO, INC., et al.,** | : | |
| | : | |
| **Counterplaintiffs.** | : | |

**ORDER**

    **AND NOW,** this 7th day of May, 2020, upon consideration of the parties' recent joint letter regarding all remaining pretrial matters and a proposed trial date, it is hereby **ORDERED** that:

    1.    On or before **August 20, 2020**, counsel for each party shall serve upon counsel for every other party:

        i.  a copy of each exhibit the party expects to offer at trial, together with an index of all trial exhibits; and

        ii.  proposed stipulations.

    2.    No later than **September 3, 2020**, the parties shall file their pre-trial memoranda and motions *in limine*.  The pretrial memoranda shall be prepared in conformance with Local Rule of Civil Procedure 16.1(c), and shall also include the following information:

        i.  the identity of each fact witness, liability and damages, to be called at trial with a brief statement of the nature of the expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

    ii.   the identity of each expert witness to be called at trial with a brief statement of each opinion to be offered by the expert;

    iii.  designation of videotaped trial testimony and deposition testimony to be offered at trial;

    iv.  a list of each item of monetary damages claimed, including, as appropriate, computations of lost earnings and loss of future earning capacity, medical expenses, property damages, and any other economic loss; or, if relief other than monetary damages is sought, information adequate for framing an order granting the relief sought;

    v.   stipulations, if any; and

    vi.  a statement of any anticipated legal issues on which the Court will be required to rule.

3.    No later than **September 21, 2020**, the parties shall file responses to motions *in limine*, if any, and any objections to the admissibility of any item of evidence including exhibits expected to be offered by another party and the grounds for those objections.  Any party objecting to deposition testimony shall file the objections, setting forth the page and line numbers of the challenged testimony and a clear statement for the basis for each objection.  The objecting party must provide the Court with a copy of the portions of the deposition transcript with the challenged testimony highlighted.

4.    No later than **October 5, 2020**, the parties shall file <u>joint</u> proposed jury instructions on substantive issues and <u>joint</u> proposed verdict forms or special interrogatories to the jury.  Each party shall also file proposed jury instructions, verdict forms or

special interrogatories on those issues not agreed upon by the parties.  Each jury instruction shall be submitted on a separate sheet of paper, double-spaced, with references to citations and pattern jury instructions where appropriate.

5.    Prior to the final pre-trial conference, counsel shall confer regarding stipulations and exhibits.  Counsel shall resolve, if possible, any objections to exhibits and witnesses.

6.    A final pre-trial conference will be held on **Tuesday, October 27, 2020, at 11:00 a.m.** in Courtroom 4B.  Counsel shall supply the Court with a tabbed exhibit binder and exhibit index.  Additional binders shall also be prepared for the Deputy Clerk and for use with witnesses.

7.    At the final pre-trial conference, counsel shall be prepared to argue pending motions *in limine* and objections to witnesses and exhibits.

8.    This case will be listed for trial on **<u>Monday, November 2, 2020</u>** at **9:00 a.m.**, in Courtroom 4B.  Counsel and all parties shall be prepared to commence trial on that date.  All counsel are attached for trial.

9.    **No further continuances shall be granted absent extraordinary circumstances.**[1]

**BY THE COURT:**


 */s/ Mitchell S. Goldberg* _____
**MITCHELL S. GOLDBERG, J.**

---

[1]    I note that the above trial date depends on the state of the COVID-19 pandemic and whether the United States District Court for the Eastern District of Pennsylvania has resumed its regular operation regarding jury selection.