IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATLIN SPECIALTY INSURANCE CO.,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff/Counterdefendant, | : | |
| v. | : | |
| | : | |
| **J.J. WHITE, INC.,** | : | No. 14-1255 |
| | : | |
| Defendant/Counterplaintiff, | : | |
| | : | |
| **SUNOCO, INC., et al.,** | : | |
| | : | |
| Counterplaintiffs. | : | |

### ORDER

**AND NOW**, this 11th day of June, 2020, upon consideration of the parties' June 9, 2020 communication regarding settlement, it is hereby **ORDERED** that this case is referred to Magistrate Judge Timothy R. Rice for mediation. Judge Rice will contact counsel to initiate this process.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**