**DATE OF NOTICE:** August 21, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CATLIN SPECIALTY INSURANCE CO.,** : | |
| : | **CIVIL ACTION** |
| Plaintiff/Counterdefendant, : | |
| v. : | |
| : | |
| **J.J. WHITE, INC.,** : | No. 14-1255 |
| : | |
| Defendant/Counterplaintiff, : | |
| : | |
| **SUNOCO, INC., et al.,** : | |
| : | |
| Counterplaintiffs. : | |

## NOTICE

A Conference on the parties' letter request for extension of pretrial deadlines (ECF 146) is scheduled for **Thursday, August 27, 2020 at 2:00 p.m.** The Conference will be conducted by telephone. Counsel are directed to dial in at **571-353-2300, passcode 427102124#.**

                        **FOR THE COURT:**

                        */s/ Sharon Lippi*
                        **Sharon Lippi, Civil Deputy to
                        Hon. Mitchell S. Goldberg**