**BLACK & GERNGROSS** pc

ATTORNEYS AT LAW

JAMES J. BLACK, III
FREDERICK J. GERNGROSS
JEFFREY B. MICELI
ALFRED RAUCH, III
MARK W. DRASNIN*

CLAUDIA PENTONY BLACK*
*OF COUNSEL*

Members of PA & NJ Bar
*Members of PA Bar only

September 2, 2020

Hon. Mitchell S. Goldberg
U.S. Courthouse
601 Market Street
Room 7614
Philadelphia, PA 19106

      Re:   *Catlin Specialty Insurance Co. v. J.J. White, Inc., Sunoco, Inc., and Sunoco, Inc. (R&M),* **14-cv-01255-MSG**

Dear Judge Goldberg:

     Undersigned counsel have conferred with our respective clients regarding a waiver of the jury trial in the above matter scheduled to begin on November 2, 2020. As directed, we write to jointly report and inform the Court that the defendants/counterplaintiffs do not consent to waive a jury trial. The plaintiff/counterdefendant consents to waive a jury trial.

                       Very truly yours,

/s/ Lauren R. Mendolera               /s/ James J. Black, III
Patrick M. Tomovic                       James J. Black, III
Lauren R. Mendolera                     Jeffrey B. Miceli
                                                    Mark W. Drasnin

**Harter Secrest & Emery LLP**        **Black & Gerngross, P.C.**
*Lead Attorneys for Plaintiff/*           *Attorneys for Defendant/Counterplaintiff,*
*Counterdefendant Catlin Specialty*    *J.J. White, Inc. and Counterplaintiffs,*
*Insurance Company*                     *Sunoco, Inc. and Sunoco, Inc.* (R&M)

1617 JOHN F. KENNEDY BLVD. • SUITE 1575 • PHILADELPHIA, PA 19103 • Telephone (215) 636-1650 • Fax (215) 636-0268
• CHERRY HILL, NJ •    • PHILADELPHIA, PA •    • BRYN MAWR, PA •
www.blackgern.com